Erik S. Groothuis
Partner

212-612-1204
egroothuis@schlamstone.com

Schlam Stone & Dolan LLP
26 Broadway, New York, NY 10004
Main: 212 344-5400   Fax: 212 344-7677
schlamstone.com

March 12, 2026

**BY ECF**

Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

      Re:   *Iyigundogdu v. Payward, Inc. (d/b/a Kraken Digital Asset Exchange)*,
              Case No. 1:25-cv-09282 (MMG)

Dear Judge Garnett:

This firm represents Defendant Payward, Inc., d/b/a Kraken Digital Asset Exchange ("**Defendant**") in the above-referenced action.

We write to inform the Court, that should the Court determine it would benefit from oral argument on Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 8), Defendant's counsel would welcome argument as an opportunity for a less-experienced attorney from our office, Paul Stretton, to appear before the Court. Mr. Stretton is a 2019 law school graduate who substantially assisted in drafting the briefing papers submitted in support of Defendant's Motion to Dismiss.

Plaintiff's counsel has likewise requested oral argument on this motion and indicated that oral argument would be handled by a less experienced attorney.

Respectfully,

/s/ Erik S. Groothuis
Erik S. Groothuis

cc:    All counsel of record (via ECF)